

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00666-CV

_____

IN RE M.N., Relator

---

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 25-7277-481

---

Before Kerr, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency request for stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency request for stay are denied.

Per Curiam

Delivered:  December 5, 2025